# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ LARIOS, | Case No. 1:19-cv-00985-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |
| v. | **(Doc. 13)** |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court is in receipt of Plaintiff's stipulation for extension of time, (Doc. 13). Pursuant to the Court's previous order, (Doc. 12), Plaintiff's letter brief was due January 27, 2020. Plaintiff filed the present request for extension on February 3, 2020, (Doc. 13), and concurrently filed a certificate of service stating that on February 3, 2020, Plaintiff served his letter brief on Defendant. (Doc. 14.)

Given counsel's representations in the stipulation (*see* Doc. 13 at 1–2), and the fact that Defendant consents to the request, the Court finds excusable neglect under Rule 6(b) of the Federal Rules of Civil Procedure and will allow the untimely request, and hereby GRANTS the request for an extension. However, **the parties are ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).** *See* Fed. R. Civ. P. 6(b); E.D. Cal. L.R. 144(d).

IT IS HEREBY ORDERED that Plaintiff has until February 3, 2020, to serve his letter brief and Plaintiff's letter brief served on February 3, 2020, (*see* Doc. 14), is deemed timely. All other dates in the Scheduling Order, (Doc. 5), shall be extended accordingly.

IT IS SO ORDERED.

Dated: **February 3, 2020**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE