McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    200 West Adams Street, 30th Floor
    Chicago, Illinois 60606
    Telephone: (877) 800-7578 x 19117
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MANUEL PEREZ LARIOS, | Case No. 1:19-cv-00985-SKO |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical-source opinion evidence in accordance with the relevant agency regulations. The Appeals Council will also instruct the ALJ to reevaluate Plaintiff's subjective symptom testimony in

-1-

accordance with 20 C.F.R. § 404.1529 and Social Security Ruling 16-3p.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Respectfully submitted,

Date: <u>April 27, 2020</u>                             PENA & BROMBERG

By:     <u>/s/ Asim H. Modi for Jonathan O. Pena*</u>
        JONATHAN O. PENA
        *Authorized by email on April 27, 2020*
        Attorney for Plaintiff

Date: <u>April 27, 2020</u>                             McGREGOR W. SCOTT
                                                        United States Attorney
                                                        DEBORAH LEE STACHEL
                                                        Regional Chief Counsel, Region IX
                                                        Social Security Administration

By:     <u>/s/ Asim H. Modi</u>
        ASIM H. MODI
        Special Assistant United States Attorney
        Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 18), for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Manuel Perez Larios and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

1
2   Dated:    **April 27, 2020**                        /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28